IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LAWRENCE ALVIN BULLOCK, III,    )
                                )
        Plaintiff,               )
                                )
    v.                          )        1:14CV533
                                )
FORENSIC STAFF FIRST SHIFT,     )
                                )
        Defendant.              )

**ORDER**

On November 4, 2014, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3 and 4.) Plaintiff filed untimely objections (Doc. 5) to the Recommendation. See Fed. R. Civ. P. 72(b)(2) ("Within 14 days after being served with a copy of the recommended disposition, a party may serve and file . . . objections.").

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (Doc. 2) be, and is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B).

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 8th day of January, 2015.

/s/ William L. Osteen, Jr.
United States District Judge